UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RASH,<br><br>               Plaintiff,<br><br>vs.<br><br>OFFICER R. ADAMS, *et al.*,<br><br>               Defendants. | Case No. 2:09-cv-2032-JCM-RJJ<br><br>**ORDER** |

Plaintiff submitted an Application to Proceed *in Forma Pauperis* and a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. (#3). However, it appears that Plaintiff has since been released from custody. Therefore, in order for the Court to properly evaluate Plaintiff's request to proceed *in forma pauperis*, Plaintiff needs to provide updated financial information regarding his income, assets, and expenses. Alternatively, Plaintiff may submit the $350.00 filing fee in full.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall send Plaintiff a blank form CJA 23 Financial Affidavit. Plaintiff shall complete the form and return it within **thirty (30) days** from the date that this Order is entered. Failure to comply with this Order may result in the denial of leave to proceed *in forma pauperis* or the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

DATED: July 8, 2010

_____
UNITED STATES MAGISTRATE JUDGE